# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**SEAN McCARTY ROLEY,**

> Plaintiff,

v.                                                   Civil Action No. **3:12CV266**

**VA BEACH COMMUNITY SERVICES BOARD,** *et al.,*

> Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 15, 2012, the Court conditionally docketed Plaintiff's 42 U.S.C. § 1983 action. The May 15, 2012 Memorandum Order warned Plaintiff that the Court would dismiss the action if he failed to keep the Court informed of his current address. By Memorandum Order entered on September 17, 2012, the Court ordered Plaintiff to particularize his complaint within fourteen (14) days from the entry thereof. On October 3, 2012, the United States Postal Service returned the September 17, 2012 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," "UNABLE TO FORWARD," and "Not Here." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 2/28/13
Richmond, Virginia